UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jessica Jones,

                Plaintiff(s),

v.                                             Case No. 2:09–cv–12209–NGE–DAS
                                             Hon. Nancy G Edmunds

Deutsche Bank National Trust
Company, et al.,

                Defendant(s).

_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

    **IT IS ORDERED** that this matter is referred to United States Magistrate Judge Mark A. Randon, pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                      s/ Nancy G Edmunds
                                                      Nancy G Edmunds
                                                      United States District Judge

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                        s/ C. Hemeyer
                                                      Deputy Clerk

Dated:   September 17, 2009